UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
William Reyes,

                                              Plaintiff,

          -against-                                    **Petition for Removal**

Dollar Thrifty Automotive Group, Inc., DTG Operations,
Inc. and Tiffany L. Benjamin,

                                              Defendants.
-----------------------------------------------------------------X

**07 CIV 5790 (KMK)**

*"ECF CASE"*

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

          1.     On May 25, 2007, a Summons and Complaint was served upon defendants, Dollar

Thrifty Automotive Group and DTG Operations, at their corporate offices in the above-entitled

action against petitioner/defendant in the Supreme Court of the State of New York, County of

Bronx. The index number previously procured by plaintiff is 15421/07. No further proceedings

have been had herein.

          2.     The above-described action is a civil action for which the Court has jurisdiction

under 28 U.S.C. §1332(a)(1) and is one which may be removed to this Court by the

Petitioner/Defendant herein pursuant to the provision of 28 U.S.C. §1441.

          3.     Plaintiff alleges in his Complaint that he is a resident of the State of New York. A

copy of the Summons and Complaint are annexed hereto as Exhibit "A." The Court's

jurisdiction is based upon diversity of citizenship, 28 U.S.C. Section 1332 in that the plaintiff

and defendants are citizens of different states. In the Complaint, plaintiff asserts that they reside

in the State of New York. Dollar Thrifty Automotive Group has its principal place of business at

5330 East 31st Street in Tulsa, Oklahoma and is incorporated in the State of Delaware. DTG

Operations, Inc. has its principal place of business at 5330 East 31st Street, Tulsa, Oklahoma and

is incorporated in the State of Oklahoma. Tiffany Benjamin resides at 164 James Street, Apt. 3A, Newark, New Jersey.

4.    Moreover, the amount in controversy exceeds $75,000.00.

5.    Petitioner/Defendant will pay all costs and disbursements incurred by reason of the removal proceedings hereby brought should it be determined that this action is not removable or is improperly removed.

6.    Venue in the Southern District of New York is proper pursuant to 28 U.S.C. Section 112 and 28 U.S.C. Section 1391(a).

WHEREFORE, Petitioner prays that the above action now pending against it in the Supreme Court of the State of New York, County of Bronx, be removed therefrom to the United States District Court for the Southern District of New York in accordance with 28 U.S.C. Sections 1441 and 1446.

Dated: Farmingdale, New York
      June 18, 2007

CARMAN, CALLAHAN & INGHAM, LLP

James M. Carman (JMC-6268)
Attorneys for Defendants
266 Main Street
Farmingdale, New York  11735
516-249-3450

To:    Trolman, Glaser & Lichtman, P.C.
       Attorneys for Plaintiff
       777 Third Avenue
       New York, New York  10017
       212-750-1200
       File No. 02236607



6-11-07          *RM*

## CT CORPORATION
A WoltersKluwer Company

RECEIVED
JUN 11 2007
LONGWOOD YORK CLAIMS

### Service of Process Transmittal
06/01/2007
Log Number 512273299

RECEIVED
JUN 4 2007
Legal Department

**TO:**  Vicki J. Vaniman
Dollar Thrifty Automotive Group, Inc.
5330 East 31st St.
Tulsa, OK, 74135-

**RE:**  **Process Served in New York**

**FOR:**  DTG Operations, Inc. (Domestic State: OK)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | William Reyes, Pltf. vs. Dollar Thrifty Automotive Grou, Inc., et al. Including DTG Operations, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Verified Complaint, Verification |
| **COURT/AGENCY:** | Bronx County: Supreme Court, NY<br>Case # 15421-07 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - On 03/25/2007 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/01/2007 postmarked on 05/29/2007 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after completion of service |
| **ATTORNEY(S) / SENDER(S):** | David B. Corley<br>Trolman, Glaser & Lichtman, P.C.<br>777 Third Avenue<br>New York, NY, 10017<br>212-750-1200 |
| **REMARKS:** | Papers were served on the New York State Secretary of State on 05/25/2007. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day, 790260627950 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Christopher Tilton<br>111 Eighth Avenue<br>New York, NY, 10011<br>212-894-8940 |

6-5-07
assign Jim Carman
RM

Claim Number _____ DTQ050167 _____

Adjuster _____ Beth Breig _____

Location _____ NY - Jim Carman _____

Date of Loss _____ 3-25-07 _____

Page 1 of  1 / SA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

6-11-07

*AETNA*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------x
WILLIAM REYES,

                Plaintiff,

   -against-

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
DTG OPERATIONS, INC. and TIFFANY L.
BENJAMIN,

               Defendants.
------------------------------------x

Index # 1542l-07
Date Purchased:

Plaintiff(s) designates
Bronx
County as the place of trial

The basis of the venue is
Plaintiff's residence

## SUMMONS

Plaintiff(s) reside at
985 East 163rd Street
County of Bronx

**TO THE ABOVE NAMED DEFENDANT:**

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to
erve a copy of your answer, or, if the complaint is not served with this
ummons, to serve a notice of appearance, on the Plaintiff's Attorney within 20
ays after the service of this summons, exclusive of the day of service (or
ithin 30 days after the service is complete if this summons is not personally
elivered to you within the State of New York); and in the case of your failure
o appear or answer, judgment will be taken against you by default for the
elief demanded herein.

**Defendant's address:**
DOLLAR THRIFTY AUTOMOTIVE GROUP,
INC.
Secretary of State and
312 Federal Circle
Jamaica, New York  07103

DTG OPERATIONS, INC.
Secretary of State

Tiffany L. Benjamin
164 James Street, Apt. 3A
Newark, New Jersey 07103

ated:  New York, New York
      May 17, 2007

**Plaintiff's attorneys:**
By:
DAVID B. CORLEY, ESQ.
TROLMAN, GLASER & LICHTMAN, P.C.
Office & Post Office Address
777 Third Avenue
New York, New York 10017
(212) 750-1200
Our File No. 02236607

2007 MAY 21  AM 11: 16
COUNTY CLERK
BRONX COUNTY
RECEIVED

6·11·07

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------x
WILLIAM REYES,

                 Plaintiff,

   -against-

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
DTG OPERATIONS, INC. and TIFFANY L.
BENJAMIN,

               Defendants.
-------------------------------------x

**VERIFIED COMPLAINT**

Index No.  *15421/07*

**MAY 2 1 2007**

    Plaintiff, by his attorneys, TROLMAN, GLASER & LICHTMAN, P.C., complaining of the defendants, all upon information and belief, respectfully alleges:

    1.    That at all times herein mentioned the plaintiff was and still is a resident of the County of Bronx, City and State of New York.

    2.    That, upon information and belief, at all times herein mentioned the defendant, TIFFANY L. BENJAMIN, was and still is a resident of the State of New Jersey.

    3.    That, upon information and belief, at all times herein mentioned the defendant, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., was a resident of or maintained its principal office in the County of Queens, City and State of New York.

    4.    That, upon information and belief, at all times herein mentioned the defendant, DTG OPERATIONS, INC., was a resident of or maintained its principal office in the County of Queens, City

and State of New York.

5.   That, upon information and belief, at all times herein mentioned the defendant, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. , was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

6.   That at all times herein mentioned the defendant, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., was the registered owner of a certain 2007 Chrysler motor vehicle bearing New York State Registration No. DRV9955 for the year 2007.

7.   That at all times herein mentioned the defendant, DTG OPERATIONS, INC. was the registered owner of a certain 2007 Chrysler motor vehicle bearing New York State Registration No. DRV9955 for the year 2007.

8.   That at all times herein mentioned the defendant, TIFFANY L. BENJAMIN, operated and controlled the aforesaid Chrysler 2007 motor vehicle bearing NY State Registration No. DRV9955 for the year 2007, with the knowledge, permission and consent of the defendant, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

9.   That at all times herein mentioned the defendant, TIFFANY L. BENJAMIN, operated and controlled the aforesaid Chrysler 2007 motor vehicle bearing NY State Registration No. DRV9955 for the year 2007, with the knowledge, permission and consent of the defendant, DTG OPERATIONS, INC.

10.  That at all times herein mentioned the defendant, TIFFANY L. BENJAMIN, was employed by the defendant DOLLAR THRIFTY



AUTOMOTIVE GROUP, INC. and at the time and place of the occurrence hereinafter set forth was acting within the scope of her employment, on the business of her employer, for and on behalf of her employer and with a view toward furthering the business interests of her employer.

11.    That at all times herein mentioned the defendant, TIFFANY L. BENJAMIN, was employed by the defendant DTG OPERATIONS, INC. and at the time and place of the occurrence hereinafter set forth was acting within the scope of her employment, on the business of her employer, for and on behalf of her employer and with a view toward furthering the business interests of her employer.

12.    That at all times herein mentioned Third Avenue and 86th Street, New York NY, in the County of New York, City and State of New York, was and still is a public road and thoroughfare in the County of New York, City and State of New York.

13.    That at all times herein mentioned, and on or about March 25, 2007, the defendant, TIFFANY L. BENJAMIN, was operating and controlling a certain Chrysler 2007 motor vehicle bearing NY State Registration No. DRV9955 for the year 2007, owned as aforesaid, over, along and upon the roadway of Third Avenue and 86th Street, New York NY, in the County of New York, City and State of New York.



14. That all times herein mentioned, and on or about March 25, 2007, the defendant, TIFFANY L. BENJAMIN, drove, operated and controlled the aforesaid Chrysler 2007 motor vehicle bearing NY State Registration No. DRV9955, for the year 2007, owned as aforesaid, over, along and upon the roadway of Third Avenue and 86th Street, New York NY, in the County of New York, City and State of New York, when the said Chrysler 2007 motor vehicle being operated by her was in contact with the plaintiff, WILLIAM REYES, a pedestrian.

15. That as a result of the aforesaid occurrence the plaintiff sustained grievous personal injury and attendant damage.

16. That the said occurrence and the injuries resulting therefrom was caused by reason of the negligence of the defendants in the ownership, operation, maintenance and control of the motor vehicle owned and operated by them.

17. That the defendants were negligent in that their motor vehicle was operated in a reckless and careless manner; in that it was not kept under proper control; in that it was operated at an improper rate of speed under the existing road conditions; in that said motor vehicle was caused, allowed and permitted to be, become and remain operated in such a reckless and careless manner that the same was caused to come into contact with the plaintiff, a pedestrian; in that the operator thereof failed to properly utilize the steering mechanism; failed to give the plaintiff the



right of way; failed to keep a proper lookout; failed to properly utilize her horn or other signal or warning device; failed to give any signal or warning of her approach; failed to make proper and diligent application of her brakes and/or braking equipment, and was otherwise reckless and careless in the premises.

18. That as a result of the foregoing the plaintiff, WILLIAM REYES, suffered a "serious injury" as defined in Section 5102, Subdivision (d) of the Insurance Law of the State of New York.

19. That by reason thereof the plaintiff, WILLIAM REYES, is entitled to recover for non-economic loss and for such economic losses as are not included within the definition of "basic economic loss" as set forth in Section 5102, Subdivision (a) of the Insurance Law of the State of New York.

20. That the plaintiff, WILLIAM REYES, is a "covered person" within the definition of and as defined in Section 5102, Subdivision (j) of the Insurance Law of the State of New York.

21. That this action falls within the exemption as set forth within CPLR section 1602, including but not limited to CPLR section 1602 (6).

22. That by reason of the foregoing, the plaintiff, WILLIAM REYES, became sick, sore and disabled; sustained grievous personal injuries to various parts of his body; suffered and will continue to suffer great pain and anguish in body and mind; received necessary hospital care and attention by reason of his injuries;



that he has necessarily received, is receiving and will continue to receive necessary medical care by reason of the injuries sustained by him and in connection with which expenses have, are and will continue to be incurred; that he has been greatly incapacitated and has been unable to attend to his usual duties as he had theretofore done, and, upon information and belief, his injuries are permanent, protracted and disabling in nature.

23.    That the amount of damages sought by the plaintiff against the defendants, exceeds the jurisdictional limits of all lower Courts which would otherwise have had jurisdiction.

WHEREFORE, the plaintiff, WILLIAM REYES, demands judgment against the defendants, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DTG OPERATIONS and TIFFANY L. BENJAMIN, for such amount as may seem just and proper, in accordance with the law and damages sustained by them, as will be determined upon the trial of this action, together with the costs and disbursements of this action.

Yours, etc.

DAVID B. CORLEY, ESQ.
TROLMAN, GLASER & LICHTMAN, P.C.
Attorneys for Plaintiff(s)
777 Third Avenue-35th Floor
New York, New York 10017
(212) 750-1200
Our File No. 02236607



## ATTORNEY VERIFICATION

David B. Corley being an attorney duly licensed to practice law in the State of New York, attorneys of record for the plaintiff, hereby affirms the truth of the following statements, all under penalty of perjury:

That affirmant has read the foregoing SUMMONS AND COMPLAINT and knows the contents thereof; that the same is true to affirmant's own knowledge except as to the matters therein stated to be alleged upon information and belief, this entire SUMMONS AND COMPLAINT, being based upon information and belief the source thereof being the investigation conducted and the file maintained in this office, and as to those matters affirmant believes it to be true; the reason that this verification is not made by plaintiff is that plaintiff does not reside in the county of New York wherein affirmant maintains an office.

Dated: New York, New York
        May 15, 2007

_____
David B. Corley

Index No.                61107

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

WILLIAM REYES,

                    Plaintiff,

     -against-

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
DTG OPERATIONS, INC. and TIFFANY L. BENJAMIN,

                    Defendants.

---

### SUMMONS AND VERIFIED COMPLAINT

---

## TROLMAN, GLASER & LICHTMAN, P.C.
### *Attorneys for Plaintiff(s)*
**777 Third Avenue**
**New York, New York 10017**
**(212) 750-1200**
**Fax: (212) 980-4011**

---

To:

Attorney(s) for

---

The signature below shall constitute the signature required
pursuant to NYCRR Section 130-1.1-a and pertains to all of the
enclosed documents: SUMMONS AND VERIFIED COMPLAINT

                    DAVID B. CORLEY

---

*PLEASE TAKE NOTICE*

NOTICE OF
   ENTRY               that the within is a (certified) true copy of a
   ☐                   entered in the office of the Clerk of the within named
                       Court on            20    .

   NOTICE             hat an Order of which the within is a true copy will be
     OF               presented to the Hon.                  , one of the
SETTLEMENT            judges of the within named Court, on        , 20

☐
Dated:

                    **TROLMAN, GLASER & LICHTMAN, P.C.**
                    *Attorneys for Plaintiff(s)*
                    *777 Third Avenue*
                    *New York, New York 10017*
                    *(212) 750-1200*
                    *Fax: (212) 980-4011*

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                   ss:
COUNTY OF NASSAU )

       Sherry Moreno, being duly sworn, deposes and says:

       I am not a party to the action, am over 18 years of age and reside in the State of New

York.

       On June 18, 2007, I served a true copy of the annexed Civil Cover Sheet, Rule 7.1

Statement and Notice of Petition for Removal by mailing the same in a sealed envelope, with

postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within

the State of New York, addressed to the last known addresses of the addressees as indicated

below:

       Trolman, Glaser & Lichtman, P.C.
       Attorneys for Plaintiff
       777 Third Avenue
       New York, New York  10017
       212-750-1200
       File No. 02236607

                                               Sherry Moreno

Sworn to before me this
18 day of June, 2007

        Notary Public

        KRISTEN J. McALEER
      Notary Public, State of New York
          No. 01MC6066676
       Qualified in Suffolk County
    Commission Expires Nov. 19, 20 09