UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
William Reyes,

                    Plaintiff,

      -against-

Dollar Thrifty Automotive Group, Inc., DTG Operations,
Inc. and Tiffany L. Benjamin,

                    Defendants.
-----------------------------------------------------------------X

Docket No. 07 CV 5790
J. KARAS
M. DOLINGER

**Rule 7.1 Statement**

"ECF Case"

PURSUANT TO RULE 7.1 [Formerly Local General Rule 9] OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR DOLLAR/THRIFTY AUTOMOTIVE GROUP (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

                    None

Dated: Farmingdale, New York
       June 18, 2007

CARMAN, CALLAHAN & INGHAM, LLP

_____
James M. Carman (JMC-6268)
Attorneys for Defendants
266 Main Street
Farmingdale, New York 11735
516-249-3450

To:   Trolman, Glaser & Lichtman, P.C.
      Attorneys for Plaintiff
      777 Third Avenue
      New York, New York  10017
      212-750-1200
      File No. 02236607