US SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**WILLIAM REYES,**
     **Plaintiff,**

-v-

**DOLLAR THRIFTY AUTOMOTIVE GROUP, INC,**
     **Defendants.**

Case No. 07-CV-05790(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

  The above entitled action is referred to Magistrate Judge Dolinger on for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

 If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement* -the parties request a conference at the end of April, 2008.

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

 Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

 Particular Motion:_____

 All such motions: \_\_\_

---

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:   New York, New York
     Dec. 13, 2007

RICHARD J. SULLIVAN
United States District Judge