AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

## APPEARANCE

Case Number: 07CV5790

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, William Reyes

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/2/2008 | _(signature)_ |
| Date | Signature |
| | David B. Corley, Trolman, Glaser & Lichtman   DBC9510 |
| | Print Name                                    Bar Number |
| | 777 Third Avenue, 35th Floor |
| | Address |
| | New York         NY          10017 |
| | City            State        Zip Code |
| | (212) 750-1200              (212) 980-4011 |
| | Phone Number                Fax Number |