```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WILLIAM REYES                       :

            Plaintiff,              :      ORDER
                                    :      07 Civ. 5790 (RJS)(MHD)
        -against-
                                    :
DOLLAR THRIFTY AUTOMOTIVE
GROUP, INC. et al.                  :

            Defendant.              :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **TUESDAY, APRIL 29, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
      **January 10, 2008**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed today to:

Tina Wells, Esq.
Trolman, Glaser & Lichtman, P.C.
777 Third Avenue, 35th Floor
New York, NY 10017

James M. Carman, Esq.
Carman, Callahan & Ingham, LLP
266 Main Street
Farmingdale, NY 11735