LAW OFFICES

# CARMAN, CALLAHAN & INGHAM, LLP

266 MAIN STREET
FARMINGDALE, NEW YORK 11735

TEL: (516) 249-3450    FAX: (516) 843-6390

Writer's Direct Dial: (516) 370-5530
www.carmancallahan.com

WILLIS B. CARMAN, JR.
ROBERT M. CALLAHAN
MICHAEL F. INGHAM
GREGORY W. CARMAN, JR.
JAMES M. CARMAN ▲
PETER F. BREHENY
STEPHANIE L. BODEN
PAUL A. BARRETT
WILLIS B. CARMAN

HON. WILLIS B. CARMAN, SR.
FIRM'S FOUNDER (1928-1986)

MICHAEL J. LOMBARDI ■
OF COUNSEL

TRACY S. REIFER
MICHAEL M. BURKART
SUSAN CARMAN
CRAIG STABENAU
CHRISTOPHER G. PERSAD
VASSILIOS F. PROUSSALIS
MICHELLE HUGHES
ADEEL JAMALUDDIN
JENNIFER L. ZEIDNER
NAFTALI T. HALPERN
CHRISTOPHER G. DOERING
JEFFREY SAXON

* ALSO ADMITTED IN FL
▲ ALSO ADMITTED IN PA
◦ ALSO ADMITTED IN NJ
■ ALSO ADMITTED IN CT

March 20, 2008

Honorable Justice Richard J. Sullivan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007
Courtroom: 21C

Re: William Reyes v. Dollar Thrifty Automotive Group, Inc., DTG Operations, Inc. and Tiffany L. Benjamin
Docket Number: 07 CV 5790

Dear Justice Sullivan:

This correspondence is being sent to the Court on consent of counsel for both sides with a request that the date for the completion of discovery of the above matter which is presently scheduled for April 8, 2008 be extended for sixty days until June 9, 2008 so that all parties will have an opportunity to complete discovery. Counsel for both the plaintiff and the defendants have experienced difficulty obtaining the plaintiff's medical records which has resulted in a delay in the discovery process.

I spoke with Tina Wells at Trolman, Glaser & Lichtman on behalf of the plaintiff on March 20, 2008 and she has agreed to the proposed extended date.

Should the court require any additional information in order to consider this request I would request that you notify me immediately at the above number.

*CARMAN CALLAHAN & INGHAM, LLP*

*Honorable Justice Richard J. Sullivan*  March 20, 2008
*Page 2 of 2*

    The Court's anticipated courtesy and cooperation is greatly appreciated.

        Very truly yours,

        CARMAN CALLAHAN & INGHAM, LLP

        Michael M. Burkart

MMB:js

cc:    Tina M. Wells, Esq.
        Trolman, Glaser & Lichtman, P.C.