```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**WILLIAM REYES,**
          **Plaintiff.**

-v-

**DOLLAR THRIFTY AUTOMOTIVE GROUP, INC,**
          **Defendants.**

Case No. 07-CV-05790(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

      The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

      ORDERED, that a telephone status conference in this matter is set for 9:15am on March 31, 2008. Once all parties are on the conference line, they can call chambers at 212-805-0264.

Dated: March 28, 2008
New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE