UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REYES,

                Plaintiff,

-v-

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC,,

                Defendant.

No. 07 Civ. 5790 (RJS)
<u>ORDER</u>

At the teleconference before the Court held on March 31, 2008, the Case management Plan was revised as follows.

All fact discovery is to be completed by June 9, 2008.

Pre-motion letters, if necessary, are due on June 16, 2008. Responses are due on June 19, 2008.

The post-discovery status conference is scheduled for July 11, 2008, at 4:30 PM, in Courtroom 21C.

DATED:    New York, New York
              March __31__, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08