UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
WILLIAM REYES,

                Plaintiff,

  -against-

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
DTG OPERATIONS, INC. and TIFFANY L.
BENJAMIN,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STIPULATION
DISCONTINUING ACTION

Docket No.: 07CV5790

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the above entitled action having been settled be, and the same hereby is discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
      April 29, 2008

_____
TINA M. WELLS, ESQ. (TMW8856)
TROLMAN, GLASER & LICHTMAN, P.C.
Attorney for Plaintiff
777 Third Avenue
New York, New York 10017
(212) 750-1200

_____
JAMES M. CARMAN, ESQ.
(JMC6268)
CARMAN, CALLAHAN & INGHAM
Attorneys for Defendants
266 Main Street
Farmingdale, NY 11735
(516) 249-3450