```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

Sullivan, J

UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
WILLIAM REYES,

          Plaintiff,

-against-

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
DTG OPERATIONS, INC. and TIFFANY L.
BENJAMIN,

          Defendants.
----------------------------------------x

**STIPULATION DISCONTINUING ACTION**

Docket No.: 07CV5790 (RJS)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the above entitled action having been settled be, and the same hereby is discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:    New York, New York
         April 29, 2008

_____    _____
TINA M. WELLS, ESQ. (TMW8856)    JAMES M. CARMAN, ESQ.
TROLMAN, GLASER & LICHTMAN, P.C.  (JMC6268)
Attorney for Plaintiff    CARMAN, CALLAHAN & INGHAM
777 Third Avenue    Attorneys for Defendants
New York, New York 10017    266 Main Street
(212) 750-1200    Farmingdale, NY 11735
    (516) 249-3450

SO ORDERED
Dated: 5/5/08

RICHARD J. SULLIVAN
U.S.D.J.